1
2
3                                           JS-6
4
5              UNITED STATES DISTRICT COURT
6              CENTRAL DISTRICT OF CALIFORNIA
7
8  ARMANDO MIRANDA, ERIC        ) Case No.: CV 08-03178 SJO (VBKx)
   FLORES, and JULIA GIRON,     )
9  individuals,                 ) **JUDGMENT IN FAVOR OF**
                                ) **DEFENDANTS CITY OF LOS**
10              Plaintiffs,     ) **ANGELES, DALE E. BONNER, J.A.**
                                ) **FARROW, and SUNNE WRIGHT**
11      vs.                     ) **MCPEAK**
                                )
12 CITY OF LOS ANGELES; DALE E. )
   BONNER, J.A. FARROW, and SUNNE)
13 WRIGHT MCPEAK, in their individual)
   and official capacities,    )
14                              )
15              Defendants.     )
                                )
16                              )
                                )
17                              )

1

The Court having considered and granted Defendant City of Los Angeles's Motion for Summary Judgment and Defendants Dale E. Bonner, J.A. Farrow, and Sunne Wright McPeak's Motion for Summary Judgment, IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1. Judgment in the above-captioned matter be, and hereby is, entered in favor of Defendant City of Los Angeles and against Plaintiffs Armando Miranda and Julia Giron. Plaintiffs Armando Miranda and Julia Giron shall take nothing on their Third Amended Complaint.

2. Judgment in the above-captioned matter be, and hereby is, entered in favor of Defendants Dale E. Bonner, J.A. Farrow, and Sunne Wright McPeak and against Plaintiff Eric Flores. Plaintiff Eric Flores shall take nothing on his Third Amended Complaint.

IT IS SO ORDERED, ADJUDGED AND DECREED.

DATED: 3/4/13   _____

*S. James Otero*

_____
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE

2